# Business Record Details »

Minnesota Business Name
## ServiceToday!

**Business Type**
Assumed Name

**File Number**
1017801100026

**Filing Date**
5/21/2018

**Renewal Due Date**
12/31/2024

**MN Statute**
333

**Home Jurisdiction**
Minnesota

**Status**
Active / In Good Standing

**Principal Place of Business Address**
9609 Girard Ave South
Bloomington, MN 55075
USA

| Applicant | Applicant Address |
| --- | --- |
| Boys Electric LLC | 9609 Girard Ave South, Bloomington, MN 55431 |
| Boys Mechanical INC | 9609 Girard Ave South, Bloomington, MN 55431 |
| Boys Plumbing INC | 9609 Girard Ave South, Bloomington, MN 55431 |

## Filing History

# Filing History

Select the item(s) you would like to order:  [Order Selected Copies]

| | Filing Date | Filing | Effective Date |
| --- | --- | --- | --- |
| ☐ | 5/21/2018 | Original Filing - Assumed Name (Business Name: ServiceToday!) | |

| Filing Date | Filing | Effective Date |
| --- | --- | --- |
| 8/28/2023 | Amendment - Assumed Name | |

© 2024 Office of the Minnesota Secretary of State - **Terms & Conditions**

The Office of the Secretary of State is an equal opportunity employer

✉ **Subscribe for email updates!**
**Vulnerability Disclosure**