**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| STEVEN BUSBEE,<br><br>Plaintiff,<br><br>v.<br><br>SERVICETODAY!,<br><br>Defendant. | **Case No. 3:24cv364-P** |

**CERTIFICATION OF STEVEN BUSBEE IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST BOY'S PLUMBING D/B/A SERVICETODAY!, BOY'S ELECTRICAL D/B/A SERVICETODAY! AND BOY'S MECHANICAL D/BA SERVICETODAY!**

I, Steven Busbee, hereby certify as follows:

1. I am the Plaintiff in the above-captioned lawsuit.

2. I am an adult resident of Hurst, Texas.

3. My telephone number, XXX-XXX-3700, is registered to a cellular telephone service and is registered under my name.

4. My number ending in 3700 has been registered on the federal Do Not Call Registry since December 4, 2009. A true and correct copy of the registration is attached as Exhibit A.

5. I have never had any business relationship with the entities named above.

6. On May 1, 2022 at 4:33pm, Defendant sent the following text message to my cellular telephone ending in 3700: "Hey, this is Alex with ServiceToday Air Conditioning and Heating. Your A/C is in between seasons and now is the time to tuneup your system and calibrate your air flow. We wanted to reach out and offer a Free System Maintenance as one of our valued customers. I only have a few openings that I need to fill next week. Do you prefer am or pm?" I

responded to the text message indicating the text was unsolicited and that his number was on the Do Not Call Registry. A true and correct copy of the text messages are attached as Exhibit B.

7. Despite this response, on July 22, 2022 at 6:17pm, Defendant sent the following text message to me: "Hey, this is Sam with ServiceToday Air Conditioning and Heating. We wanted to reach out and offer a Free System rejuvenation tuneup. I only have a few openings that I need to fill next week. Do you prefer morning or afternoon?" See Exhibit B.

8. On July 23, 2022 at 5:57pm, Defendant sent another text message to me: "Hey, this is Sam again, Just reaching out because I haven't heard from you. I don't want you to miss out on this time sensitive offer. Do you need more information?" See Exhibit B.

9. The following day, on July 24, 2022 at 5:48pm Defendant yet another message to me: "This is the last day to take advantage of our free complementary system tune up. The regular price is $119. I would hate for you to miss out on this great offer. What should we do?" See Exhibit B.

10. On September 1, 2022 at 1:40pm, Defendant sent the following message to me: "Hey, this is Sarah with ServiceToday. We wanted to reach out and offer a Free System tuneup. I only have a few openings that I need to fill next week. Do you prefer morning or afternoon?" See Exhibit B.

11. On September 2, 2022 at 1:20pm, Defendant sent the following text message to me: "Hey, this is Sarah again, Just reaching out because I haven't heard from you. I don't want you to miss out on this time sensitive offer. Do you need more information?" See Exhibit B.

12. On September 3, 2022 at 1:18pm Defendant sent the following message to me: "This is the last day to take advantage of our free complementary system tune up. The regular price is $119. I would hate for you to miss out on this great offer. What should we do?" See

Exhibit B.

13. The text messages were unwanted and frustrating.

14. I have never sought or solicited information regarding Defendant's services prior to receiving the text messages at issue.

15. I was not interested in heating or air conditioning services.

16. I did not consent to receiving any communications from Defendant.

I, Steven Busbee, hereby certify that the foregoing is true and correct to the best of my knowledge, subject to penalty of federal and Texas state law for making a false sworn statement.

STEVEN BUSBEE

Dated: 9/23/24