Text Message
Sun, May 1, 4:33 PM

Hey, this is Alex with ServiceToday Air Conditioning and Heating. Your A/C is in between seasons and now is the time to tuneup your system and calibrate your air flow. We wanted to reach out and offer a Free System Maintenance as one of our valued customers.  I only have a few openings that I need to fill next week. Do you prefer am or pm?

Well Alex, since I'm on the 'do not call' list and this is an unsolicited sales call/text. Do you want to send me a check for $500, or do you want to go to court for a minimum of $1000? You let me know, I have your information.

Yesterday 6:17 PM

Hey, this is Sam with ServiceToday Air Conditioning and Heating. We wanted to reach out and offer a

few openings that I need to fill next week. Do you prefer am or pm?

Well Alex, since I'm on the 'do not call' list and this is an unsolicited sales call/text. Do you want to send me a check for $500, or do you want to go to court for a minimum of $1000? You let me know, I have your information.

Yesterday 6:17 PM

Fri ② July 22 6:17

Hey, this is Sam with ServiceToday Air Conditioning and Heating. We wanted to reach out and offer a Free System rejuvenation tuneup. I only have a few openings that I need to fill next week. Do you prefer morning or afternoon?

②

Today 5:57 PM

③ SAT ~~Fri July~~ 23 SUN #3

SAT July 23 5:57 PM

Hey this is Sam again, Just reaching back out because I haven't heard from you. I don't want you to miss out on this time

Hey this is Sam again, Just reaching back out because I haven't heard from you. I don't want you to miss out on this time sensitive offer. Do you need more information?

3

#3 (~~CONTINUED~~)
SAT JULY 23
5:57 pm

Today 5:48 PM

This is the last day to take advantage of our free complementary system tune up. The regular price is $119. I would hate for you to miss out on this great offer. What should we do?

#4
SUN JULY 24
5:48 pm

Text Message

Do | I | I'm

Q W E R T Y U I O P

A S D F G H J K L

Sept 1 2022

Text Message
Yesterday 1:40 PM

Service Today
NEW

5

Hey, this is Sarah with ServiceToday. We wanted to reach out and offer a Free System tuneup as a valued customer. I only have a few openings that I need to fill next week. Do you prefer morning or afternoon?

Sept 2 2022

Today 1:20 PM

6

Hey this is Sarah again, Just reaching back out because I haven't heard from you. I don't want you to miss out on this time sensitive offer. Do you need more information?

Steven Bisbee

Text Message
Thursday 1:10 PM

from 817-766
5275

Hey, this is Sarah with ServiceToday. We wanted to reach out and offer a Free System tuneup as a valued customer. I only have a few openings that I need to fill next week. Do you prefer morning or afternoon?

Yesterday 1:20 PM

Hey this is Sarah again, Just reaching back out because I haven't heard from you. I don't want you to miss out on this time sensitive offer. Do you need more information?

Today 1:18 PM

VIOLATION 7

Sept 3
2022

This is the last day to take advantage of our free complementary system tune up. The regular price is $119. I would hate for you to miss out on this great offer. What should we do?