Amy L. B. Ginsburg
GINSBURG LAW GROUP, P.C.
1012 N. Bethlehem Pike, Suite 103, Box #9
Ambler, PA 19002
Telephone: (855) 978-6564
Facsimile: (855) 777-0043
Email: aginsburg@ginsburglawgroup.com
*Attorneys for Plaintiff,*
*Steven Busbee*



## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

STEVEN BUSBEE         :   Case No. 4:24-cv-00364-P

      Plaintiff      :

   v.             :

SERVICETODAY!        :

      Defendants    :

### <u>ACKNOWLEDGMENT OF ASSIGNMENT OF JUDGMENT</u>

COMES NOW STEVEN BUSBEE, Plaintiff and Original Judgment Creditor in this matter, and hereby provides the following in support of an ASSIGNMENT OF JUDGMENT:

1) THAT a judgment was entered in this Court on October 4, 2024.

2) THAT Plaintiff STEVEN BUSBEE was awarded the amount of $49,000 and reasonable attorney's fees and costs totaling $967 for a total judgment of **$49,967.00** against Defendants BOY'S PLUMBING INC., BOY'S ELECTRIC, LLC, and BOY'S MECHANICAL, INC.

3) THAT Defendants have paid the total amount of $0.00 [zero dollars] towards satisfaction of the judgment.

4) STEVEN BUSBEE, 313 Arcadia Street, Hurst, TX 76053, is the judgment creditor of record.

1

5) THAT the last known address of record for the judgment debtors, BOY'S PLUMBING, INC., BOY'S ELECTRIC, LLC, and BOY'S MECHANICAL, INC., is c/o Kent Boll, 7575 Welcome Road, New Germany, MN 55367.

6) THAT I, STEVEN BUSBEE, Plaintiff and original judgment creditor, hereby transfer, and assign all title, rights, and interest in the judgment to the following person:

JAMES E. SHELTON
316 Covered Bridge Road
King of Prussia, PA 19406
Phone: (484) 312-3300
Email: Jamie@finalverdictsolutions.com

7) THAT Assignor acknowledges that this is an absolute assignment without recourse and that the rights represented by this judgment that are assigned to the assignee, JAMES E. SHELTON, are all of the assignor's rights, title and interest in the judgment awarded in the above-entitled action. This is an absolute assignment for the full amount of the judgment with allowed costs, attorney's fees, and accrued interest thereon at the legal rate from and after the date of entry of this judgment.

8) THAT I hereby irrevocably assign to and authorize Assignee, JAMES E. SHELTON, to recover, compromise, settle and enforce said judgment at its discretion.

9) JAMES E. SHELTON, 316 Covered Bridge Road, King of Prussia, PA 19406, is now the owner and holder of the Judgment.

Signed this ___7___ day of _Nov_, _____, 2024

BY: _____
STEVEN BUSBEE
Plaintiff/Original Judgment Creditor

NOTARY ACKNOWLEDGMENT ON FOLLOWING PAGE

2

## NOTARY ACKNOWLEDGMENT

State of Texas

County of _Tarrant_

Before me, _Richard De La Cruz_, Notary Public, on this day personally appeared STEVEN

BUSBEE, known to me (or proved to me on the oath of _____ or through

_Drivers License_____ [Description of Identity Card or Other Document] to be the person

whose name is subscribed to the foregoing instrument and acknowledged to me that he executed

the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this _7_ day of November, 2024.

RICHARD DE LA CRUZ
Notary ID #134842385
My Commission Expires
April 9, 2028

_____          _____
(Notary seal)                              Notary Public Signature

3

James E. Shelton
316 Covered Bridge Rd
Kingsport, TN 37664






DEC - 3 2024

United States District Court
501 West 10th Street Room 310
Fort Worth, TX 76102-3673